UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RICHARD A. KIRKHAM, ) | Case No. C05-2131-MJP-JPD |
| ) | |
| Plaintiff, ) | |
| ) | SHOW CAUSE ORDER |
| v. ) | |
| ) | |
| DELLA DOE et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

Plaintiff is proceeding pro se and in forma pauperis in this 42 U.S.C. § 1983 civil rights action. This matter comes before the Court on plaintiff's motion for extension of time to conduct discovery. Dkt. No. 18. The motion is noted for June 23, 2006, but the deadline for filing dispositive motions is June 21, 2006. Dkt. No. 17. Having carefully reviewed the motion, supporting documents, and balance of the record, the Court ORDERS as follows:

(1) Defendant is directed to SHOW CAUSE as to why plaintiff's motion for extension of time, which would have the effect of delaying the dispositive motion deadline, should not be granted. Defendant shall submit a response to the Court no later than Tuesday, June 20, 2006.

SHOW CAUSE ORDER
PAGE -1

(2)     The Clerk is directed to send a copy of this Order to the parties and to the Honorable Marsha J. Pechman.

DATED this 14th day of June, 2006.

*James P. Donohue*
_____
JAMES P. DONOHUE
United States Magistrate Judge

SHOW CAUSE ORDER
PAGE -2