01

02

03

04

05

06

07

08

09

10

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

11 | RICHARD A. KIRKHAM, ) Case No. C05-2131-MJP-JPD
)
12 |         Plaintiff, )
) ORDER GRANTING PLAINTIFF'S
13 |    v. ) MOTION FOR EXTENSION OF
) TIME
14 | DELLA DOE et al., )
)
15 |         Defendants. )
)
16 | _____ )

17

18

19

20

21

22

23

24

25

26

Plaintiff is proceeding pro se and in forma pauperis in this 42 U.S.C. § 1983 civil

rights action.  This matter comes before the Court on plaintiff's motion for extension of time

to conduct discovery and retain counsel.  Dkt. No. 18.  Defendants have responded and do not

oppose the motion.  Dkt. No. 20.  Defendants do, however, object to the length of the

extension and the scope of the discovery.  *Id.*  Having carefully reviewed the parties' papers

and balance of the record, the Court ORDERS as follows:

    A.    Discovery.

Plaintiff's motion for extension of time (Dkt. No. 18) is GRANTED.  Plaintiff has

shown that he has diligently attempted to discover medical records relevant to his case.

ORDER GRANTING
PLAINTIFF'S MOTION FOR EXTENSION OF TIME
PAGE -1

01  Additionally, plaintiff has shown that incarceration and facility transfers have limited his

02  access to legal resources.  Hence, plaintiff has shown good cause to amend the pretrial

03  schedule.  A 120-day extension of time, however, is excessive.  Plaintiff shall have until

04

05  **September 22, 2006**, to complete the discovery of his medical records.  No other discovery

06  shall be permitted without a showing of good cause.

07          B.      Dispositive Motions.

08          The dispositive motion deadline in this case is STRICKEN.  Dispositive motions shall

09  be due **no later than September 29, 2006.**

10          C.      Obtaining Counsel.

11          Plaintiff has also indicated that he is attempting to retain counsel.  Dkt. No. 18.

12

13  Plaintiff is directed to advise the Court as soon as practicable if he retains counsel.

14          D.      Clerk's Instructions.

15          The Clerk is directed to send a copy of this Order to the parties and to the Honorable

16  Marsha J. Pechman.

17          DATED this 21st day of June, 2006.

18  _____

19                                                          JAMES P. DONOHUE
                                                            United States Magistrate Judge
20

21

22

23

24

25

26

ORDER GRANTING
PLAINTIFF'S MOTION FOR EXTENSION OF TIME
PAGE -2