01
02
03
04
05
06
07
08

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| RICHARD A. KIRKHAM, | ) | Case No. C05-2131-MJP-JPD |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER GRANTING PLAINTIFF'S |
| v. | ) | MOTION FOR EXTENSION OF |
| | ) | TIME |
| DELLA DOE, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Plaintiff is proceeding *pro se* and *in forma pauperis* in this 42 U.S.C. § 1983 civil rights action.  This matter comes before the Court on plaintiff's motion for extension of time to obtain access to his own files, conduct discovery, and prepare dispositive motions.  Dkt. No. 18.  Defendants have responded to this motion and object to the length of the extension and the scope of the discovery.  Dkt. No. 26.  Having carefully reviewed the parties' papers and balance of the record, the Court ORDERS as follows:

  A.  <u>Discovery</u>

Plaintiff's motion for extension of time (Dkt. No. 25) is GRANTED.  Plaintiff has shown that he has diligently attempted to discover medical records relevant to his case.

ORDER GRANTING PLAINTIFF'S
MOTION FOR EXTENSION OF TIME
PAGE - 1

Additionally, plaintiff has shown that incarceration, facility transfers, and other unfortunate circumstances have limited his access to legal resources. Hence, plaintiff has shown good cause to amend the discovery schedule. A ninety-day extension of time, however, is excessive. Plaintiff shall have until **November 20, 2006**, to complete the discovery of his medical records. The Court advises plaintiff that this will be the last such extension of time he shall receive.

      B.    Dispositive Motions.

The dispositive motion and deadline in this case is STRICKEN. The Court notes that defendants recently filed a motion for summary judgment. Dkt. No. 26. Plaintiff's response to that motion, and any other dispositive motions filed by the plaintiff, shall be due **no later than December 8, 2006**.

      C.    Clerk's Instructions.

The Clerk is directed to send a copy of this Order to the parties and to the Honorable Marsha J. Pechman.

DATED this 5th day of October, 2006.

*James P. Donohue*
_____
JAMES P. DONOHUE
United States Magistrate Judge

ORDER GRANTING PLAINTIFF'S
MOTION FOR EXTENSION OF TIME
PAGE - 2